Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division



<table>
<tr><td>Reki Mae Parker</td><td>)</td><td>Case No 1 :24-CV-0468</td></tr>
<tr><td></td><td>)</td><td><i>(to be filled in by the Clerk's Office)</i></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td><i>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)</i></td><td>)<br>)<br>)<br>)</td><td>Jury Trial: <i>(check one)</i> ☑ Yes ☐ No</td></tr>
<tr><td>-v-</td><td>)</td><td></td></tr>
<tr><td>Atlanta Capital Assets, LLC</td><td>)<br>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
<tr><td><i>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.)</i></td><td>)<br>)<br>)</td><td></td></tr>
</table>

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Reki Mae Parker |
| Street Address | 3468 Shawnee Trail |
| City and County | Smyrna, Cobb |
| State and Zip Code | Georgia  30080 |
| Telephone Number | (404) 317-1406 |
| E-mail Address | rekimae@msn.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | Atlanta Capital Assets, LLC |
| Job or Title *(if known)* | |
| Street Address | 554 Hardage Trace |
| City and County | Marietta,  Cobb |
| State and Zip Code | Georgia  30064 |
| Telephone Number | (770)  361-2784  and  (770) 422-1318 |
| E-mail Address *(if known)* | |

### Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Real Estate Settlement Procedures Act,  Dodd-Frank Act,  Truth in Lending Act,

Fair Debt Collection Act,  and  Fair Credit Reporting Act

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    **b.**    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    **3.**    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff received a "Notice of Servicing Transfer" letter dated 12/1/2023 from her mortgage company. Plaintiff mailed two payments to new servicing company on 12/30/2023 only to receive a foreclosure notice from the new servicing company on the same day. Plaintiff called new servicing company and asked them not to cash the check because this payment was not to go to "the reduction of the aforesaid debt." This time frame is not adequate to jump from new server to foreclosure with many steps missed in between. For additional information please see attachment 1.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff will be asking for compensatory damages in the amount of $150,000.
The Plaintiff will be asking for punitive damages in the amount of $300,000.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            02/01/2024

Signature of Plaintiff        _Reki Mae Parker_

Printed Name of Plaintiff    Reki Mae Parker

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## Attachment 1

## III.  Plaintiff's Statement of Claim

Plaintiff:  Reki Mae Parker

Defendant: Atlanta Capital Assets, LLC

Plaintiff has not received from the Defendant the documentation required during a loan transfer.  Plaintiff has not received from the Defendant the documentation required before a foreclosure is filed. Plaintiff would like to list a few required documents or communication not received from the Defendant:

- Servicing Transfer Information Notice Letter
- Validation of Debt or Dispute of Debt Letter
- Clear Monthly Mortgage Statement (s)
- Assigned and Contacted by Servicing Personal Responsible for Helping Borrower, Live Contact from Designated Personnel
- Early Intervention
- Housing Counseling Information
- Timely Notification of Foreclosure Alternatives, Loss Mitigation Options
- Fair Review Process
- Default Letter
- Demand Letter
- Breach Letter

Plaintiff had made a payment every month through 10/2023. Plaintiff hand delivered the 11/2023 and 12/2023 payment to the post office clerk on 12/30/2023 around 12 noon. Plaintiff was taken by surprise to sign for a foreclosure notice on 12/30/2023 when she returned home from running errands. Plaintiff was not given time to explore options to retain her home. Plaintiff has been embarrassed and stressed by this invalid action of foreclosure on her home. Also attached to this filing, the Plaintiff has included all of the written communication between Defendant and Plaintiff to date.  Plaintiff's rights have been violated.      Reki Mae Parker _____      2/1/2024

December 1, 2023

**First American Trust, LLC**
1055 Parsippany Blvd, Suite 410
Parsippany, NJ 07054

Loan Number: D10010302

Reki M Garland
3468 Shawnee Trl SE
Smyrna, GA 30080

<u>**Property Address:**</u>
3468 Shawnee Trl SE
Smyrna, GA 30080

## NOTICE OF SERVICING TRANSFER

The servicing of the above referenced mortgage loan is being transferred, effective **December 16, 2023**. This means that after this date, a new servicer will be collecting the mortgage loan payments. Nothing else about the mortgage loan will change.

First American Trust, LLC is now collecting the payments. First American Trust, LLC will stop accepting payments received after **December 16, 2023**.

Atlanta Capital Assets, LLC will collect the payments going forward. Atlanta Capital Assets, LLC will start accepting payments received on or after **December 16, 2023**.

**Send all payments due on or after December 16, 2023 to Atlanta Capital Assets, LLC at this address:  Atlanta Capital Assets, LLC, 554 Hardage Trace, Marietta, GA 30064.**

If the monthly payment is currently being drafted by First American Trust, LLC from a designated financial institution, this service will be discontinued. Please contact Atlanta Capital Assets, LLC for information about enrolling in their automatic payment program.

If you have any questions for either the present servicer, First American Trust, LLC or the new servicer Atlanta Capital Assets, LLC about the mortgage loan or this transfer, please contact them using the information below:

| <u>Current Servicer:</u> | <u>New Servicer:</u> |
|---|---|
| First American Trust, LLC | Atlanta Capital Assets, LLC |
| 1055 Parsippany Blvd, Suite 410 | 554 Hardage Trace |
| Parsippany, NJ 07054 | Marietta, GA 30064 |
| (866) 533-6600 | (770) 422-1318 |
| Monday –Friday 9:00 AM to 7:00 PM ET | Monday -Friday 9:00 AM to 6:00 PM ET |

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally.

December 1, 2023

Important note about insurance:  If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way:

This service will be discontinued.

You should do the following to maintain coverage:

Contact your insurance carrier to inquire about direct billing.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by the old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed.

If you are currently involved in a bankruptcy proceeding or have been discharged of your personal liability for the repayment of this debt, this notice is being provided for informational purpose only.  It is not an attempt to hold you personally responsible for the debt and applies only to the lien on your property and not to you personally.

Sincerely,

First American Trust, LLC

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally.

12/30/2023

Dear Atlanta Capital Assets, LLC,

I am sending this letter today because I have not heard from Atlanta Capital Assets yet.

I received a letter from First American Trust, LLC dated 12/1/2023 to inform me that my account was being transferred to Atlanta Capital Assets.  Please see enclosed copy of said letter.

I have confirmed with First American Trust by e-mail that my account was transferred to Atlanta Capital Assets.

I am sending in the past due November 2023 payment with late fee & NSF fee and December 2023 payment to Atlanta Capital Assets. If there are any other fees due, please let me know and I will send it with the January 2024 payment.

Thank You

Reki Mae Parker (garland)
3468 Shawnee Trail
Smyrna, GA 30080
rekimae@msn.com
(404) 317-1406

# CRANE ELDER LAW FIRM, LLC

Stephen T. Crane

1300 Ridenour Blvd NW
Suite 100
Kennesaw, GA 30152

(678) 831-2278 Office
(678) 819-3818 Fax
scrane@craneelderlaw.com

### NOTICE OF ACCELERATION AND FORECLOSURE SALE

December 28, 2023

via regular mail
and certified mail

Reki Mae Garland nka Reki Mae Parker
3468 Shawnee Trail SE
Smyrna, GA 30080

Re:  Property Address: 3468 Shawnee Trail SE, Smyrna, GA 30080
     Note by and between Charles Clinton Garland II and Reki Mae
     Garland("Borrower") and E*TRADE Bank("Secured Creditor")
     dated November 6, 2004, in the original principal amount of
     $200,000.00; as secured by that Security Deed executed by
     Borrower in favor of Secured Creditor dated November 6,
     2004 and recorded at Deed Book 14073, Page 6054 Cobb
     County, Georgia Records as last assigned to Atlanta Capital
     Assets, LLC ("Assignee of the Secured Creditor") by
     assignment filed December 18, 2023 and recorded at Deed
     Book 16177, Page 4807 Cobb County, Georgia records.

Dear Sir or Madam:

     The Assignee of the Secured Creditor has referred your loan
to this law firm for foreclosure. A failure to comply with the
terms of your loan with Secured Creditor has created a default.
As a result, the entire amount of the outstanding balance of the
loan has been, and is hereby, declared immediately due and
payable. This letter is a formal demand for immediate payment of
the total indebtedness. Any partial payment received on the
subject debt after the date of this letter will be applied to
the reduction of the aforesaid debt and will not result in a
reinstatement or a deceleration of the loan.

     The total amount of debt due is $116,851.46. Because of
interest, late charges and other charges that may vary from day
to day, the amount due on the day you pay may be greater. For

Page 2 of 3
further information, you may call Stan Sullivan at (770)361-2784.

Enclosed is a copy of the Notice of Sale submitted to the publisher of the Marietta Daily Journal.  The sale will be conducted February 6, 2024 before the courthouse door of the Cobb County Courthouse.

Please be advised that the lender intends to enforce the provisions in the loan documents regarding payment of attorney's fees in addition to principal and interest.  Unless you pay the full amount of principal and interest within ten (10) days of receipt of this letter, said attorney's fees will be charged as per Georgia law.

If you have received a discharge in Bankruptcy proceedings, this notice is not intended to indicate that you are personally liable for this debt. In this instance the information concerning the associated debt owed is for informational purposes only and should be disregarded for any purposes other than that of conducting a non-judicial foreclosure pursuant to Georgia law.

The name, address and phone number of the individual or entity who has full authority to negotiate, amend, and modify all terms of the mortgage is as follows: Stan Sullivan, 544 Hardage Trace, Marietta. GA 30064, (770)361-2784. Note that pursuant to O.C.G.A. 44-14-162.2, the above individual or entity is not required by law to negotiate, amend, or modify the terms of the loan.

The enclosed "Notice of Sale Under Power" is a copy of the advertisement sent to the Marietta Daily Journal for publication.

**THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Page 3 of 3
Please be governed accordingly.

Yours Truly,

Stephen T. Crane
Crane Elder Law Firm
1300 Ridenour Blvd NW, Suite 100
Kennesaw, GA 30152
678-831-2278

STATE OF GEORGIA

COUNTY OF COBB

### NOTICE OF SALE UNDER POWER

Because of default in the payment of the indebtedness, secured by that certain Security Deed executed by **CHARLES CLINTON GARLAND II AND REKI MAE GARLAND** (hereinafter referred to as the "Borrower") in favor of **E*TRADE BANK** (hereinafter referred to as the "Lender") in the original amount of $200,000 dated November 6, 2004 and recorded in Deed Book 14073, beginning at Page 6054, of the deed records of the Clerk of the Superior Court of Cobb County, Georgia, and last assigned to Atlanta Capital Assets, LLC (hereinafter referred to as "Assignee of Lender") by virtue of an Assignment of Security Deed filed December 18, 2023 and recorded in Deed Book 16177, Page 4807 aforesaid records, Assignee of Lender pursuant to said Security Deed and the Note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, and pursuant to the power of sale contained in O.C.G.A. Section 9-13-161(a) will sell at the usual place of conducting Sheriff's sales in said county within the legal hours of sale, to the highest bidder for cash on the first Tuesday in February 2024 the property described in said deed, to wit:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 627 OF THE 17TH DISTRICT, 2ND SECTION, COBB COUNTY, GEORGIA AND BEING LOT 83, CEDAR CLIFFS, UNIT 2, AS PER PLAT RECORDED IN PLAT BOOK 74, PAGE 128, COBB COUNTY GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.  Said property is known as **3468 SHAWNEE TRAIL SE, SMYRNA, GA 30080**,

 together with all fixtures and personal property attached to and constituting a part of said property, if any.

Said property will be sold subject to any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable), the right of redemption of any taxing authority, any matters which might be disclosed by an accurate survey and inspection of the property, any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the deed to secure debt set out above including but not limited to the Security Deed executed by Charles Clinton Garland II in favor of MERS as nominee for Primary Capital Advisors LC dated August 19, 2004 and recorded in Deed Book 14041, Page 5971, of the deed records of the Clerk of the Superior Court of Cobb County, Georgia.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the deed to secure debt.

The debt remaining in default, this sale will be made for the purpose of paying the same and all expenses of this sale, including attorney's fees as per the notice provided to Borrower.

The name, address and telephone number of the individual or entity who has full authority to negotiate, amend, and modify all terms of the mortgage is as follows: Stan Sullivan, 544 Hardage Trace, Marietta,

GA 30064, (770)361-2784. Note that pursuant to O.C.G.A 44-14-162.2, the above individual or entity is not required by law to negotiate, amend or modify the terms of the loan.

To the best knowledge and belief of the undersigned, the above described property is in the possession of: Reki Mae Parker formerly known as Reki Mae Garland and or Charles Clinton Garland II, their respective heirs and assigns, or tenant and all the proceeds of the said sale shall be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

Atlanta Capital Assets LLC Attorney in Fact for Charles Clinton Garland II and Reki Mae Garland

Stephen T. Crane, Esq. Crane Elder Law Firm, LLC 1300 Ridenour Boulevard NW, Suite 100, Kennesaw, GA 30152 (678)831-2278.

**This Law Firm is acting as a debt collector attempting to collect a debt.  Any information obtained will be used for that purpose.**

1/18/2024

Dear Atlanta Capital Assets, LLC,

I am sending this letter today after receiving a "Notice of Acceleration and Foreclosure Sale" from Crane Elder Law Firm, LLC on behalf of Atlanta Capital Assets, LLC aka Assignee.

I want to inform Atlanta Capital Assets, LLC that this foreclosure sale scheduled for Tuesday, February 6, 2024 is invalid.  Please cancel this foreclosure and continue accepting monthly payments as was the structure of the loan before transferred.

Please let me know the decision made by Atlanta Capital Assets, LLC by Saturday, January 27, 2024; either by certified mail or e-mail. If Atlanta Capital Assets, LLC decides to e-mail, I will send a reply to said e-mail when received as proof of receipt.

Thank You,


Reki Mae Parker (garland)
3468 Shawnee Trail
Smyrna, GA 30080
rekimae@msn.com
(404) 317-1406

01/21/2024

Dear Ms. Parker

Thank you for your letter of the 18th. Please read over the sections of your original Security Deed with E*TRADEBANK below:

"*EVENTS OF DEFAULT*. *Grantor will be in default under this Security Deed if any of the following happen: (A) Grantor commits fraud or makes a material misrepresentation at any time in connection with the Credit Agreement. This can include, for example, a false statement about Borrower's or Grantor's income, assets, liabilities, or any other aspects of Borrower's or Grantor's financial condition. (B) Borrower does not meet the repayment terms of the Credit Agreement. (C) Grantor's action or inaction adversely affects the collateral or Lender's rights in the collateral. This can include, for example, failure to maintain required insurance, waste or destructive use of the dwelling, failure to pay taxes, death of all persons liable on the account, transfer of title or sale of the dwelling, foreclosure by the holder of another lien, or the use of funds or the dwelling for prohibited purposes.*

*LENDER'S REMEDIES AND POWER OF SALE. Upon the occurrence of an Event of Default, Lender shall have the following rights, powers, and remedies:*

*Accelerate Indebtedness. Lender, at Lender's option and election and without notice to Grantor, may declare all or any portion of the Indebtedness to be immediately due and payable, whereupon the same shall be and shall become due and payable forthwith without presentment demand, protest or notice of any kind, all of which are expressly waived by Grantor.*

*Power of Sale. Lender may sell the Property, or any part thereof or any interest therein, separately, at Lender's discretion, with or without taking possession thereof, at public sale before the courthouse door of the county in which the Property, or any part thereof, is located, to the highest bidder for cash, after first giving notice of the time, place and terms of such sale by advertisement, published once a week for four weeks (without regard for the number of days) in a newspaper in which advertisements of sheriff's sales are published in such county. The advertisement so published shall be notice to Grantor, and Grantor hereby waives all other notices.* "

Please look over the attached "**Payment History**" and "**Demand for Payment**" that was sent to us by First American Trust LLC. If you have made payments other than those shown on the payment sheet, please let us know. This should include all payments made since your loan was modified on November 30, 2019, however, the payment history does show that the mortgage is in arrears by over $7,000 as of December 1, 2023.

Also, please look over the enclosed **"Payoff Figures"** from McCalla Raymer Leibert Pierce as to the balance of the First Mortgage which appears to be in arrears in excess of $78,000 as of December, 26, 2023. We have seen the First Mortgage Holder advertise a "Notice of Sale" in The Marietta Daily Journal on the following dates: December 1. 2023 November 24, 2023, November 17, 2023, November 10, 2023, June 30. 2023, June 23, 2023, June 16, 2023 June 09, 2023, May 19, 2023, May 12, 2023, April 1, 2022, March,25,2022, March 18, 2022, March 11,2022, December 24, 2021, December 17, 2021, December 10,2021, September 3, 2021, August 27, 2021, August 20, 2021 and August 13,2021. (see sample notice of sale below).

Should they succeed in foreclosing on the property at Shawnee Trail (the collateral for both loans) our interest would be wiped out by the sale. We see no reason they will not continue in their attempts to foreclose on the property.

"NOTICE OF SALE UNDER POWER GEORGIA, COBB COUNTY Under and by virtue of the Power of Sale contained in a Security Deed given by Charles Clinton Garland II to Mortgage Electronic Registration Systems, Inc., as grantee, as nominee for Primary Capital Advisors LC, its successors and assigns, dated August 19, 2004, recorded in Deed Book 14041, Page 5971, Cobb County, Georgia Records, as last transferred to U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust by assignment recorded in Deed Book 16125, Page 5171, Cobb County, Georgia Records, conveying the after-described property to secure a Note in the original principal amount of TWO HUNDRED THIRTY THOUSAND AND 0/100 DOLLARS ($230,000.00), with interest thereon as set forth therein, there will be sold at public outcry to the highest bidder for cash before the courthouse door of Cobb County, Georgia, or at such place as may be lawfully designated as an alternative, within the legal hours of sale on the first Tuesday……."

I hope you can understand our concern, but we don't see how you are going to be able to rectify the situation with the amount of arrearage now owing.

Best Regards

*Stan Sullivan*

Stan Sullivan
Atlanta Capital Assets LLC
554 Hardage Trace
Marietta, GA 30064

# PAYMENT HISTORY

| DATE RECEIVED | PAYMENT TYPE | CHECK NUMBER | AMOUNT RECEIVED |
|---|---|---|---|
| | | | 10000.00 |
| 12/01/2019 | Wire Transfer | | 939.37 |
| 01/03/2020 | Check | 187 | 939.37 |
| 02/04/2020 | Check | | 939.37 |
| 03/16/2020 | Check | 206 | 939.37 |
| 04/06/2020 | Check | 216 | 939.34 |
| 05/05/2020 | Check | 224 | 739.37 |
| 06/15/2020 | Phone | 240 | 739.37 |
| 07/14/2020 | Check | 245 | 250.00 |
| 09/08/2020 | Check | 267 | 250.00 |
| 09/08/2020 | Check | 268 | 250.00 |
| 10/05/2020 | Check | 276 | 250.00 |
| 11/23/2020 | Check | 292 | 250.00 |
| 01/06/2021 | Check | 306 | 250.00 |
| 03/23/2021 | Money Order | | 250.00 |
| 03/23/2021 | Money Order | | 250.00 |
| 03/23/2021 | Money Order | | 250.00 |
| 07/26/2021 | Check | 369 | 250.00 |
| 07/26/2021 | Check | 370 | 250.00 |
| 07/26/2021 | Check | 371 | 250.00 |
| 07/26/2021 | Check | 372 | 250.00 |
| 07/26/2021 | Check | 373 | 739.37 |
| 09/08/2021 | Check | 378 | 739.37 |
| 10/08/2021 | Check | 380 | 739.37 |
| 11/15/2021 | Check | 387 | 739.37 |
| 12/09/2021 | Check | 391 | 739.37 |
| 01/11/2022 | Check | 393 | 739.37 |
| 02/08/2022 | Check | 397 | -0- |
| 03/10/2022 | Check | 401 Returned ISF | 1513.74 |
| 04/08/2022 | Certified Check | 6684004134 | 739.37 |
| 05/06/2022 | Check | 413 | 739.37 |
| 06/06/2022 | Check | 420 | 739.37 |
| 07/11/2022 | Check | 421 | 739.37 |
| 08/08/2022 | Check | 424 | 1518.71 |
| 09/09/2022 | Check | 427 | 739.37 |
| 11/14/2022 | Check | 435 | 739.37 |
| 12/06/2022 | Check | 442 | 739.37 |
| 01/13/2023 | Check | 447 | 739.37 |
| 02/13/2023 | Check | 448 | 739.37 |
| 03/10/2023 | Check | 450 | 739.37 |
| 04/06/2023 | Check | 453 | 739.37 |
| 05/12/2023 | Check | 456 | 739.37 |
| 06/08/2023 | Check | 461 | 739.37 |
| 07/10/2023 | Check | 462 | 779.34 |
| 08/18/2023 | Check | 465 | 739.37 |
| 09/08/2023 | Check | 468 | -0- |
| 10/16/2023 | Check | 521 | |
| 11/13/2023 | Check | 523 Returned ISF | Total Amount Paid to date .... $38,764.15 |

Total Amount Due $10,000 + 48 Payments of $739.37 = $45,489.76

**First American Trust, LLC**
1055 Parsippany Blvd, Suite 410
Parsippany, NJ 07054
(866) 533-6600

# DEMAND FOR PAYOFF
## As of 11/30/2023

**Loan Number:** D10010302
**Property:** , 3468 Shawnee Trl Se Smyrna, GA 30080

Reki M Garland
3468 Shawnee Trl Se
Smyrna, GA 30080
(404) 317-1406

You are authorized to use the following amounts to pay off the above-mentioned loan.
All necessary legal documents will be forwarded to the trustee for Full Reconveyance upon receipt of the payment in full.

| | |
|---|---|
| Principal | $108,932.50 |
| Accrued Interest | $7,354.76   As of 11/30/2023 |
| Late Fees | $406.67 |
| Unpaid Fees Amount | $25.00 |
| Unapplied Amount | ($456.37) |
| Recording Fee | $150.00 |
| **Total Due** | **$116,412.56** |

Please add **$20.15** daily interest for each additional day after **11/30/2023**

We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff. **Please note that this demand is valid until 11/30/2023**, at which time you are instructed to contact this office for additional instructions (DEMAND FORWARDING FEES ARE DUE EVEN UPON CANCELLATION OF YOUR ESCROW).
Payoff funds must be made payable to **First American Trust, LLC** and will be accepted by CERTIFIED FUNDS, WIRE TRANSFER OR A TITLE COMPANY CHECK.

Sincerely,

(866) 533-6600

11/30/2023 1

LAW OFFICES

## McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Ga 30076

TELEPHONE: (770) 643-2148
FAX: (866) 294-0398

~~Law No.~~

**BE ADVISED THAT UNDER FEDERAL LAW, THIS LAW FIRM MAY BE DEEMED A DEBT COLLECTOR. ANY INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.**

SEND TO:          /

SENT BY:          FC Team FT8

DATE:             12/5/2023

FILE:             Garland / 23-10539GA

The above-referenced loan has been referred to this law firm for a nonjudicial foreclosure due to your default under the loan documents. The actions we have been requested to take at this time are limited to those in furtherance and support of a nonjudicial foreclosure pursuant to state law. **If you are currently subject to the protections of any automatic stay in bankruptcy OR have obtained a discharge in a bankruptcy proceedings, nothing stated herein is an attempt to collect, recover, or offset the mortgage debt against you personally.**

Please find attached PAYOFF information which is being provided to you by this firm at your request and on behalf of the Lender/Servicer pursuant to your loan documents and state law, if applicable. This law firm is relying on figures provided by your lender to prepare this payoff quote. Payoff funds must be in certified funds made payable to Selene Finance and delivered to 1544 Old Alabama Road, Roswell, Georgia 30076 no later than 5:00 PM on December 26, 2023. **DO NOT SEND THE PAYOFF FUNDS DIRECTLY TO THE LENDER/SERVICER.**

Because the quoted fees and costs through the "good through" date must be actual/incurred fees and costs and are not estimated, the actual payoff amount after the date of issuance of this quote may be greater than the amount quoted herein. **IN OTHER WORDS, THE TOTAL DUE TO PAY OFF THE LOAN IS SUBJECT TO CHANGE AT ANY TIME.** The payoff figure quoted herein only pays off the total debt on the loan as of today, but additional amounts may be required to pay off the loan on a future date. Amounts incurred after the date of the payoff quote shall remain the responsibility of the borrower, subject to any discharge in bankruptcy or related stay.

**VERY IMPORTANT:** YOU MUST CALL OUR OFFICE TO VERIFY THE AMOUNT DUE 24 HOURS OR LESS **PRIOR** TO DELIVERING FUNDS. PLEASE BE ADVISED THAT IF YOU DELIVER FUNDS TO OUR OFFICE FOR LESS THAN THE AMOUNT DUE AT THE TIME OF REMITTANCE/DELIVERY*, THE FUNDS MAY NOT BE ACCEPTED. IF THE FUNDS ARE

NOT ACCEPTED THEN ANY SCHEDULED FORECLOSURE SALE WILL REMAIN SCHEDULED.

This law firm is relying on figures provided by your lender to prepare this payoff quote. There may be additional costs or fees which may accrue prior to the time you provide the funds to payoff this loan. The lender and this firm reserve the right to correct any errors or omissions in this payoff quote letter regardless of when funds are received. The borrower agrees that if additional funds are needed to fully payoff this loan, the borrower will deliver those funds to the lender. A payment that is less than the full amount will delay processing, and the borrower may be held responsible for any additional interest.

THIS PAYOFF QUOTE REPLACES AND SUPERCEDES ANY PAYOFF QUOTE PREVIOUSLY PROVIDED BY THIS OFFICE. FURTHER, IF YOU REQUEST A NEW PAYOFF QUOTE AFTER THE DATE OF THIS QUOTE, THIS PAYOFF QUOTE MAY BE RENDERED NULL AND VOID.

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

File No.: 23-10539GA

**PAYOFF FIGURES**

| | | | |
|---|---|---|---|
| Date: | December 5, 2023 | Borrower: | Charles Clinton Garland, II |
| Date of Sale: | | Our Client: | Selene Finance |
| Loan No.: | XXXXXX5024 | Our File No.: | 23-10539GA |

PRINCIPAL BALANCE: .......................................................................... $172,061.68

INTEREST: ............................................................................................ $21,632.43

LATE CHARGES: ................................................................................. $592.42

SUSPENSE BALANCE: ........................................................................ $1,067.87

ESCROW: ............................................................................................. $39,986.70

TOTAL FEES AMT: .............................................................................. $25.00

REC CORP ADV BALANCE: ............................................................... $13,181.62

DEFERRED BALANCE: ....................................................................... $2,883.44

FORECLOSURE EXPENSES: ............................................................... $445.00

FORECLOSURE ATTORNEY FEE: ..................................................... $715.00

TOTAL TO PAYOFF LOAN: ............................................................... $250,455.42

Good Thru: 12/26/2023

**VERY IMPORTANT: YOU MUST CALL OUR OFFICE TO VERIFY THE AMOUNT DUE 24 HOURS OR LESS PRIOR TO DELIVERING FUNDS. PLEASE BE ADVISED THAT IF YOU DELIVER FUNDS TO OUR OFFICE FOR LESS THAN THE AMOUNT DUE AT THE TIME OF REMITTANCE/DELIVERY\*, THE FUNDS MAY NOT BE ACCEPTED. IF THE FUNDS ARE NOT ACCEPTED THEN ANY SCHEDULED FORECLOSURE SALE WILL REMAIN SCHEDULED.**

Because the quoted fees and costs through the "good through" date must be actual/incurred fees and costs and are not estimated, the actual payoff amount after the date of issuance of this quote may be greater than the amount quoted herein. **IN OTHER WORDS, THE TOTAL DUE TO PAY OFF THE LOAN IS SUBJECT TO CHANGE AT ANY TIME.** The payoff figure quoted herein only pays off the total debt on the loan as of today, but additional amounts may be required to pay off the loan on a future date.

File No.: 23-10539GA